UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM CHAMBERS,<br><br>Defendant. | ) | CASE NO. CR12-382-RSL<br><br>DETENTION ORDER |

Offense charged: Felon in Possession of a Firearm

Date of Detention Hearing: December 19, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is charged by Indictment with unlawful possession of a

semi-automatic assault rifle. Defendant's prior felony convictions include Attempted Assault in the Second Degree, Theft in the First Degree, and Manslaughter in the First Degree and Robbery in the Second Degree.

2. While the underlying circumstances of these offenses show escalating recidivism and a propensity for volatile and violent activity, little information is available to show defendant's likelihood of complying with conditions of supervision. The instant offense was allegedly committed just a few weeks after his release from custody on the attempted assault charge described above. His criminal history shows some failures to appear for court with bench warrant activity, some of which may be accounted for by incarceration on other offenses.

3. In addition, the government proffers evidence of defendant's association with known gang members and an alleged admission by defendant of his membership in a gang.

4. Defendant poses a risk of danger due to the nature of the current charges, a history of violent behavior, gang ties and criminal history. He poses a risk of nonappearance due to a history of failing to appear, a history of bench warrants, and a poor employment history.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 19th day of December, 2012.

Mary Alice Theiler
United States Magistrate Judge